IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LESLIE KRUEGER-SOUCINEK, individually and as biological mother and personal Representative of the Estate of JOSHUA THOMAS KRUEGER<br><br>Plaintiff,<br><br>vs.<br><br>AT&T CORP.<br><br>Defendant. | Civil Action No 06 CV 0637 |

DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS WITHOUT PREJUDICE

AT&T Corp. the Defendant in the above referenced case, responds to Plaintiff's Motion to Dismiss filed pursuant to Fed. R. Civ. P. 41(a)(2) and shows the following:

INTRODUCTION

Plaintiff initiated this suit in the Superior Court of Fulton County, Georgia against AT&T Corp. ("AT&T") seeking to recover for the wrongful death of Joshua Thomas Krueger. AT&T timely answered this Complaint and removed the case to this Court. Shortly after removal AT&T's counsel received a telephone

call from Plaintiff's counsel regarding stipulating to a dismissal to the case. (Declaration of W. Kerry Howell attached hereto). During that conversation Plaintiff's counsel informed AT&T's counsel that the Plaintiff desired to dismiss the case in order that AT&T could be joined as a party defendant to a case involving the same accident already pending against other defendants in Gwinnett County. (Id.) AT&T has no desire to be added as a Defendant to a case that is already pending where presumably discovery has been at least started. Further, AT&T believes that this requested dismissal constitutes forum shopping or is otherwise an attempt to divest this Court of diversity jurisdiction by adding AT&T to a case where diversity is lacking or at the least require AT&T to obtain the approval of the other Defendants before another removal action would be proper. AT&T notes that Plaintiff has not stated any reason why she seeks this dismissal.

## ARGUMENT AND CITATION OF AUTHORITY

Rule 41(a)(2) is designed to provide the district court the opportunity to approve a dismissal to safeguard and protect a defendant. One of the primary reasons recognized in the case law is that plaintiffs seek a voluntary dismissal in order to re-file the same suit in a different forum. This is apparently just what the Plaintiff seeks to do here. AT&T further believes that this re-filed action will destroy diversity jurisdiction or at least make removal to a federal district court very difficult.

This Court has the discretion to condition a dismissal without prejudice as it believes will best serve the interests of justice and equity. Plaintiff contends that AT&T will not suffer any "cognizable prejudice" by a dismissal without prejudice. AT&T respectfully disagrees. To that end, AT&T prays that the Court condition any dismissal without prejudice with the requirement that any subsequent suit by the Plaintiff which names AT&T as a defendant be filed in a United States District Court. AT&T further prays that the Court require the Plaintiff pay AT&T's cost and attorney's fees associated with removing this case to this Court.

Respectfully submitted, this 11th day of April, 2006.

/s/ W. Kerry Howell
W. KERRY HOWELL
Ga. Bar No. 372688
ATTORNEY FOR AT&T CORP.

LUMLEY & HOWELL, LLP
350 Second Street
Macon, Georgia 31201
(478) 745-0111
fax (478) 745-0020
wkhowell_law@bellsouth.net

## CERTIFICATE OF SERVICE

I, W. KERRY HOWELL, hereby certify that I have this day served the foregoing Response to Plaintiff's Motion to Dismiss upon counsel of record by placing copy of same in the United States Mail with adequate postage affixed to assure delivery and by utilizing the Court's electronic delivery:

Mr. Harvey Gray
Mr. Todd M. Yates
Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.
181 14th Street, N.E.
Atlanta, GA 30309

Daniel H. Streckert
Goldberg, Weisman & Cairo, LTD.
One East Whacker Drive, Suite 3400
Chicago, Illinois 60601
ATTORNEY FOR PLAINTIFF

This 11th day of April, 2006.

_____
W. KERRY HOWELL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LESLIE KRUEGER-SOUCINEK, individually and as biological mother and personal Representative of the Estate of JOSHUA THOMAS KRUEGER<br><br>Plaintiff,<br><br>vs.<br><br>AT&T CORP.<br><br>Defendant. | Civil Action No 06 CV 0637 |

DECLARATION OF W. KERRY HOWELL

1.

My name is W. Kerry Howell. I am over the age of 18 and I represent the Defendant AT&T Corp. in the above-styled case. I am competent to testify to the matters set forth in this declaration. The matters set forth in this declaration are based upon my personal knowledge.

2.

On behalf of AT&T, I removed this case from the Superior Court of Fulton County.

3.

After the removal was filed I received a phone call from Plaintiff's attorney Todd Yates. Mr. Yates inquired if AT&T would stipulate to a dismissal without prejudice. Mr. Yates informed me that the Plaintiff intended to add AT&T as a party defendant to a case already pending in Gwinnett County.

4.

On March 22, 2006, I sent a letter I sent to Mr. Yates regarding our conversation. A true and correct copy of that letter is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 11, 2006.

_____
W. KERRY HOWELL

# LUMLEY & HOWELL, LLP

ATTORNEYS AT LAW
350 SECOND STREET
MACON, GEORGIA 31201

JERRY A. LUMLEY
W. KERRY HOWELL

TELEPHONE (478) 745-0111
FACSIMILE (478) 745-0020

TOLL FREE (866) 321-0111
TOLL FREE (866) 321-0020

March 22, 2006

Mr. Todd M. Yates
Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.
181 14th Street, N.E.
Atlanta, GA 30309

RE:   *Leslie Krueger-Soucinek, individually and as the biological mother and personal representative of the Estate of Joshua Thomas Krueger, deceased v. AT&T CORP.*
      Civil Action Number 06 CV 0637

Dear Mr. Yates:

I have spoken with AT&T Corp regarding you inquiry last week of whether it would agree to allow the Plaintiffs to dismiss without prejudice this case in order that AT&T can be joined to a case already filed against certain other Defendants in Gwinnett County. AT&T will not consent to a dismissal without prejudice in this lawsuit simply to be named to a case that is already pending in another court. I hope that your clients understand. AT&T will consent to a dismissal with prejudice.

Please call with any questions.

Yours very truly,

*[signature]*

W. Kerry Howell

WKH/cp
cc:   Daniel Streckert
0352-013