IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LESLIE KRUEGER-SOUCINEK, individually And as biological mother and personal Representative of the Estate of JOSHUA THOMAS KRUEGER Deceased,<br><br>　　　　　Plaintiff,<br><br>　-vs-<br><br>AT&T　CORP.<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION FILE NO.<br>)  1: 06-CV-0637 GET<br>)<br>)<br>) |

PLAINTIFF'S MOTION FOR
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff, Leslie Krueger-Soucinek, individually and as mother and personal representative of the Estate of Joshua Thomas Krueger, Deceased, and hereby moves this Court for a voluntary dismissal without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2).[1] In support of this motion, the Plaintiff

---

[1] The present motion was prepared and served on defendant's counsel on March 28, 2006. (see attached Exhibit "A" reflecting the certificate of service when the motion was originally served). However, due to inadvertence, the motion was not e-filed with this Court. Nevertheless, defendant filed a response and objection to

submits that the motion should be granted in that there is no cognizable prejudice which would result to the Defendant should the Court order the dismissal of in this action without prejudice. The Plaintiff, therefore, respectfully requests this Court to dismiss this action, without prejudice.

Dated this 19th day of April, 2006.

_____
Harvey S. Gray
Georgia State Bar No.: 305838

_____
Todd M. Yates
Georgia State Bar No.: 780360
Attorneys for Plaintiff

**GRAY, RUST, ST. AMAND, MOFFETT &**
**BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326
(404) 870-7376
(404) 870-7374
hgray@grsmb.com

---

plaintiff's motion following which plaintiff discovered that its original motion had not been e-filed following service on defendant's counsel. Accordingly, the motion is being e-filed with this Court on April 19, 2006. In addition, plaintiff is concurrently e-filing its reply brief on the same date its reply brief to defendant's response brief.

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LESLIE KRUEGER-SOUCINEK, individually And as biological mother and personal Representative of the Estate of JOSHUA THOMAS KRUEGER Deceased, <br><br> Plaintiff, <br><br> -vs- <br><br> AT&T CORP. <br><br> Defendant. | CIVIL ACTION FILE NO. <br> 1: 06-CV-0637 GET |

### PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, Leslie Krueger-Soucinek, individually and as mother and personal representative of the Estate of Joshua Thomas Krueger, Deceased, and hereby moves this Court for a voluntary dismissal without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). In support of this motion, the Plaintiff submits that the motion should be granted in that there is no cognizable prejudice which would result to the Defendant should the Court order the dismissal of in this

(Exhibit "A")

action without prejudice. The Plaintiff, therefore, respectfully requests this Court to dismiss this action, without prejudice.

Dated this 28th day of March, 2006.

_____
Harvey S. Gray
Georgia State Bar No.: 305838

_____
Todd M. Yates
Georgia State Bar No.: 780360
Attorneys for Plaintiff

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
300 Mayfair Royal
181 14th Street, N.E.
Atlanta, Georgia 30309
(404) 870-7372 (Todd M. Yates)
(404) 870-7376 (Harvey S. Gray)
(404) 870-7374 (fax)
tyates@grsmb.com
hgray@grsmb.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| LESLIE KRUEGER-SOUCINEK, individually And as biological mother and personal Representative of the Estate of JOSHUA THOMAS KRUEGER Deceased, | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| -vs- | ) ) | CIVIL ACTION FILE NO. |
| AT&T CORP. | ) ) ) | 1: 06-CV-0637 GET |
| Defendant. | ) ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Plaintiff's Motion for Voluntary Dismissal, Without Prejudice** upon all counsel of record by electronically filing as well as depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

W. Kerry Howell
Lumley & Howell
350 Second Street
Macon, GA 31201

This 28 day of March, 2006.

*Harvey S. Gray* by TM

Harvey S. Gray
Georgia State Bar No.: 305838
Attorneys for Plaintiff

Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.
300 Mayfair Royal
181 14th Street, N.E.
Atlanta, Georgia 30309
(404) 870-7376
(404) 870-7374 (fax)
hgray@grsmb.com


I:\501\39-krueger\Motion to Dismiss Without Prejudice.doc

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LESLIE KRUEGER-SOUCINEK, individually And as biological mother and personal Representative of the Estate of JOSHUA THOMAS KRUEGER Deceased,<br><br>　　　　Plaintiff,<br><br>　-vs-<br><br>AT&T　CORP.<br><br>　　　　Defendant. | CIVIL ACTION FILE NO.<br>1: 06-CV-0637 GET |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Plaintiff's Motion for Voluntary Dismissal, Without Prejudice** upon all counsel of record by electronically filing as well as depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

> W. Kerry Howell
> Lumley & Howell
> 350 Second Street
> Macon, GA 31201

This 19th day of April, 2006.

                                                          Harvey S. Gray
Georgia State Bar No.: 305838
Attorneys for Plaintiff

**GRAY, RUST, ST. AMAND, MOFFETT & BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326
(404) 870-7376
(404) 870-7374
hgray@grsmb.com

I:\501\39-krueger\Motion to Dismiss Without Prejudice.doc

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| LESLIE KRUEGER-SOUCINEK, individually And as biological mother and personal Representative of the Estate of JOSHUA THOMAS KRUEGER Deceased,<br><br>    Plaintiff,<br><br>-vs-<br><br>AT&T   CORP.<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION FILE NO.<br>)   1: 06-CV-0637 GET<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **Plaintiff's Motion for Voluntary Dismissal, Without Prejudice** upon all counsel of record by electronically filing as well as depositing same in the United States mail in a properly addressed envelope with adequate postage thereon to:

> W. Kerry Howell
> Lumley & Howell
> 350 Second Street
> Macon, GA  31201

This 19th day of April, 2006.

                                                                                       _____
Harvey S. Gray
Georgia State Bar No.: 305838
Attorneys for Plaintiff

**GRAY, RUST, ST. AMAND, MOFFETT &**
**BRIESKE, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, GA 30326
(404) 870-7376
(404) 870-7374
hgray@grsmb.com

I:\501\39-krueger\Motion to Dismiss Without Prejudice.doc